John METHFESSEL,
Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. ED 78124.

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 26, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 22, 2001.

Application to Transfer Denied
April 24, 2001.

Mark A. Grothoff, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before MARY K. HOFF, C.J., KATHIANNE KNAUP CRANE and SHERRI B. SULLIVAN, JJ.

*ORDER*

PER CURIAM.

John Methfessel, movant, appeals from a judgment denying on the merits his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court's determination is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision for the use of the parties only. We affirm the judgment pursuant to Rule 84.16(b).